No. 465.  TERRY *v.* CALIFORNIA.  District Court of Appeal of California, Second Appellate District.  Certiorari denied.  *Russell E. Parsons* for petitioner.  *Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack K. Weber,* Deputy Attorney General, for respondent.

No. 510.  KRAVITZ *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.  *Jacob Kossman* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Rice* and *Meyer Rothwacks* for the United States.

No. 535.  EMERSON *v.* HOLLOWAY CONCRETE PRODUCTS Co., INC.  C. A. 5th Cir.  Certiorari denied.  *Frederick Bernays Wiener* and *Alton G. Pitts* for petitioner.  *O. B. McEwan* for respondent.

No. 550.  UNITED NEW YORK AND NEW JERSEY SANDY HOOK PILOTS ASSN. ET AL. *v.* HALECKI, ADMINISTRATRIX; and
No. 569.  HALECKI, ADMINISTRATRIX, *v.* UNITED NEW YORK AND NEW JERSEY SANDY HOOK PILOTS ASSN. ET AL.  C. A. 2d Cir.  Certiorari denied.  *Lawrence J. Mahoney* for petitioners in No. 550 and respondents in No. 569.  *Nathan Baker, Bernard Chazen* and *Milton Garber* for petitioner in No. 569.  Reported below: 282 F. 2d 137.

No. 560.  RHAY, PENITENTIARY SUPERINTENDENT, *v.* GRIFFITH.  C. A. 9th Cir.  Certiorari denied.  *John J. O'Connell,* Attorney General of Washington, and *Stephen C. Way,* Assistant Attorney General, for petitioner.